1 | MIRIAM C. BEEZY (CA Bar No. 134729)
mbeezy@foley.com
2 | JEAN-PAUL CIARDULLO (CA Bar No. 284170)
jciardullo@foley.com
3 | **FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
4 | Los Angeles, CA 90071-2411
Tel:   213.972.4500
5 | Fax:  213.486.0065

E-FILED 02/06/14

JS-6

6 | *Attorneys for Plaintiff,*
*Stone Mart Corp.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| STONE MART CORP., a California corporation | Case No: 2:13-CV-7882-PSG (Ex) |
| Plaintiff, | **STIPULATION FOR DISMISSAL**; |
| v. | ORDER |
| PAUL ALEXANDER LAO, an individual, and STONE MART, INC., a Utah corporation | |
| Defendants. | |

1  **IT IS HEREBY STIPULATED** by and between Plaintiff Stone Mart Corp.
2  and Defendants Stone Mart, Inc. (now having changed its name to Granite Rocks
3  US, Inc.) and Paul Alexander Lao, by and through their designated counsel, that in
4  light of the settlement of the above-captioned matter, this matter be and hereby is
5  dismissed without prejudice as to all defendants pursuant to Federal Rule of Civil
6  Procedure 41(a)(1)(A).  The parties agree to bear their own fees and costs.

Dated:  February 4, 2014        **FOLEY & LARDNER LLP**

By:  */s/ Jean-Paul Ciardullo*
     MIRIAM C. BEEZY
     JEAN-PAUL CIARDULLO
     Attorneys for Plaintiff, Stone Mart
     Corp.

**ATTESTATION OF CONSENT TO FILE PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

**SIPOS LAW**

*I certify that on February 4, 2014, Victor A. Sipos gave me his written authorization to file this stipulation using his e-signature.*

By:  */s/ Victor A. Sipos*
     VICTOR A. SIPOS
     Attorney for Defendants Paul
     Alexander Lao and Granite Rocks US,
     Inc., formerly known as Stone Mart,
     Inc.

*/s/ Jean-Paul Ciardullo*
*Jean-Paul Ciardullo*

**IT IS SO ORDERED.**

DATED: __02/05/14__

_____
**U.S. DISTRICT JUDGE**